FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ SEP 20 2017 ★
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
RENE JORGE CORTEZ, INOCENTE
RECINOS GARCIA, CONSTANTINO
GARCIA DIAZ, MANUEL LOPEZ,
MIGUEL ANGEL MARTINEZ, and
MIGUEL COJ MEJIA, Individually and on :  17 Civ. 00374 ~~(PDH)~~ (LB)
Behalf of All Others Similarly Situated,

                Plaintiffs,

      -against-

                                                                       ECF CASE

APNA HOLDING LLC d/b/a APNA
BAZAR CASH & CARRY, S&K
VEGETABLES CORP., S&K GREEN
GROCERIES, INC., J&B VEGETABLES,
INC., MASPETH WHOLESALE CORP.
d/b/a APNA WHOLESALE, DESH
DEEPAK BHARDWAJ, JASWINDER
SINGH, and JOHN DOE CORPS. #1-4,
Jointly and Severally,

                Defendants.
-------------------------------------------------------------- x

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Rene Jorge Cortez, Inocente Recinos Garcia, Constantino Garcia Diaz, Manuel Lopez, Miguel Angel Martinez, MigueL Coj Mejia, Carlos Ibate Par, Carlos Urgiles, Eduardo Jorge Cortez, Gustavo Adolfo Ramirez, Henry Mauricio Urrutia, Javier Uraga Hernandez, Jose Ivan Osorio Rodriguez, Miguel Castanuj, Nery Palacios, Patricio Naula, Rosbin Jesus

Rodriguez, Trinidad Garcia, and Jose Odin Canales (the "Plaintiffs") and Apna Holding LLC d/b/a Apna Bazar Cash & Carry, S&K Vegetables Corp., S&K Green Groceries, Inc., J&B Vegetables, Inc., Maspeth Wholesale Corp. d/b/a Apna Wholesale, Desh Deepak Bhardwaj, and Jaswinder Singh (the "Defendants"), hereby stipulate, by and through their counsel, that the claims asserted by the Plaintiffs in the Complaint against Defendants shall be unconditionally dismissed with prejudice, and without costs or attorneys' fees to any party.

The Parties consent and stipulate to the personal jurisdiction of the United States District Court for the Eastern District of New York in any subsequent proceeding to enforce this Agreement.

Dated: New York, New York,
September 20, 2017

| PELTON GRAHAM LLC | BERKE-WEISS LAW PLLC |
|---|---|
| By: _Brent E. Pelton_ | By: _Laurie Berke-Weiss_ |
| Brent E. Pelton | Laurie Berke-Weiss |
| Taylor B. Graham | Alexandra Berke |
| 111 Broadway | 950 Third Avenue |
| Suite 1503 | 32nd Floor |
| New York, NY 10006 | New York, NY 10022 |
| Tel: (212) 385-9700 | Tel: (212) 888-2680 |
| Pelton@PeltonGraham.com | Laurie@berkeweisslaw.com |
| Graham@PeltonGraham.com | Alex@berkeweisslaw.com |
| *Attorneys for Plaintiffs* | *Attorneys for Defendants Apna* |

The Clerk of Court shall close this case.

So Ordered: /S/ Judge Lois Bloom
9/20/17
Lois Bloom
U.S. Magistrate Judge